Decided March 30, 2004

## STATE OF CONNECTICUT *v.* PHILLIP HIGHTOWER

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 377 (AC 23294), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Russell C. Zentner*, senior assistant state's attorney, in opposition.

Decided March 30, 2004